64,471-02

Texas Court of Criminal Appeals Clerk
Abel Acosta
P.O. Box 12308
Austin, Tx 78711

September 24, 2015

RE: Ex Parte
    Andrew Gonzales
    No: WR-64, 471-02

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 29 2015

Abel Acosta, Clerk

Dear Mr. Acosta

        Enclosed is a pleading to be filed with court in the above
Cause Number.

Sincerely

ANDREW Gonzales #1389340
Estelle Unit
264 FM 3478 Rd
Huntsville Tx 77320

COURT OF CRIMINAL
APPEALS OF TEXAS

EX PARTE

ANDREW Gonzales            No. WR-64,471-02

SUPPLEMENT BRIEF

TO THE HONORABLE JUDGES OF SAID COURT:

       Now comes Andrew Gonzales, applicant, files this supplemental brief for the court's consideration.

## I.

1. Applicant seeks relief of out-of-time appeal to enforce specific performance of a state's breach of a plea bargin agreement reached and accepted in open court on Febuary 10, 2005. See Trial Court Record of plea agreement.

2. Breach of a plea agreement claims are category one rights which can not be waived or forfited entitling non-breaching party to either specific performance or withdrawl of plea agreement. BITTERMAN v. STATE, 180 SW 3d 139, 143 (Tx. Crm. App 2005)

3. The State contends the application should be dismissed for failing to state reasons why claims of breach could not have been presented in previous writ which sought to challenge conviction. TEX. CODE CRIM. PROC. art. 11.07 § 4(a); STATE'S PROPOSED FINDING OF FACTS, CONCLUSION OF LAW, pgs 2-3.

4. Contrary to the State's contention, applicant filed with the trial court: (1) A "Brief in Support of Writ of Habeas Corpus" and; (2) Applicant's response to State's Original Answer, both of which sufficiently demonstrate facts required by art. 11.07 § 4(a) TEX. Code Crim. Proc. See Brief In SUPPORT OF WRIT OF HABEAS CORPUS, filed 6/30/2015, pgs 2-5; Applicant's Response To State's Original Answer, filed 7/13/2015 pg 2.

5. Whether as a result of clerical error of Harris County District Clerk's office, or trial court's refusal to consider said pleading and brief, it is apparent both were NOT part of consideration of the trial court prior to its ruling and conclusion of July 20, 2015.

Prior pleadings and briefs filed with Harris County District Court clerk also alleging the breach have been ignored or not filed with the trial court, displaying a facade apperance of a clerical error.

See Attachments of Inquries, dated Aug 25, 2015; Sep. 21, 2015.

6. For said reasons above, applicant seeks the Court's consideration to GRANT relief of out-of-time appeal, or remand writ back to trial court for develeopement of facts and evidentiray hearing.


I, Andrew Gonzales, do hereby certify the above is true and correct, and attachments hereafter are true and correct copies. of

- 2 -

RESPECTFULLY SUBMITTED,

9-24-2015

ANDREW Gonzales, Pro Se

#1289340

Estelle Unit

264 FM 3478 Rd

Huntsville, TX 77320

Court of Criminal
Appeals of Texas

Ex Parte                                        No. WR-64, 471-02
    Andrew Gonzales.

## ATTACHMENTS

Carbon Copies of
Inquires made to Harris County District Clerk
regarding previous filed pleadings/ Briefs.


3 pages

Chris Daniel

Harris County District Clerk

P.O. Box 4651                          Andrew Gonzales # 1889340

Houston, Tx 77210                      Estelle Unit

                August 25, 2015        264 FM 3478 Rd

RE: Disposition Previous               Huntsville, TX 77320

   filed pleadings

   (Cause No 970811, 176th Dist Court)


Dear Clerk,


        In recent months I filed the below pleading(s) with
your office, and it seems these legal documents have
not been filed. Will you please inform me of the
disposition of these previously filed pleadings.


        MOTION/ Pleading                              filec date
1.) Motion To compel SPECIFIC PERFORMANCE,            5/ 20/ 15
2.) Motion For Statement of Facts                     6/ 25/ 15
3.) BRIEF IN SUPPORT OF WRIT OF HABEAS CORPUS         6/ 30/ 15
(note: This pleading was to be filed and presented for trail courts'
 review and conclusion of cause No 970811-B, it seems this
 pleading was not presented to the trial court for review prior
 its legal conclusion and determination of July 20, 2015.)
        Sincerely,

        [signature]

Andrew Gonzales       cc:

Chris Daniel

Harris County District Clerk

P.O. Box 4651

Houston Tx 77210-4651

September 21, 2015

RE: Previous filed pleadings; and

Compliance with Court Order of 7/20/15

Cause No. 970811-B.

DEAR Clerk,

This is my second attempt to inquire the status of previous filed pleadings; and to discern when your office will comply with Court Order in Cause No. 970811-B issued on 7/20/2015. If there was perhaps an error which made any pleading unavailable to the court prior its 7/20/2015 order, please give notice of such clerical error.

(1) The previous filed pleadings I wish to inquire about are:

• MOTION TO COMPEL SPECIFIC PERFORMANCE..., filed 5/20/2015, Cause No 970811;

• MOTION FOR STATEMENT OF FACTS, filed 6/25/2015, cause No. 970811;

(a) BRIEF IN SUPPORT OF WRIT OF HABEAS CORPUS, filed 6/30/2015, cause No 970811-B

(NOTE: it seems this pleading was not presented to the trial court prior its order of 7/20/2015)

(2) Lastly, this office has failed to comply with court order of 176th District Court, issued 7/20/2015, in Cause No. 970811-B

Please inform me as to the status of the above, and if an error

-1-

cc: 2nd Inquiry Cause No 970811; and Cause No 970811-B

resulted in 'Brief in Support of Habeas Corpus' not being brought before the Court prior its 7/20/2015 Order, notify all concerning parties to this clerical error.


Thank You.

Sincerely

_[signature]_ 9-25-15

ANDREW Gonzales # 1289340

Estelle Unit

264 FM 3478 Rd.

Huntsville, Tx 77320


cc: 2nd inquiry Cause No 970811, and Cause No 970811-B.